I'm going to name this part. It's called Organizing Tomorrow's Service, meaning it's an HB independent medium. This HB is for the independent HBs. It's one of the most common. It's one of the HBs that first saw the world as an independent medium called Chrome. It's been characterized by its own services, so Chrome, which has been identified as an HB-supported guide service, is one of the main HBs that features in the main and independent systems, and it's created by the purchase of the world's music. He holds a chance. That's an equity. We've got a previous experience with Chrome. I don't get it. Okay, thank you for listening. I'm trying to get through this. I don't know why I'm so nervous. Well, yes, it's true.
judges: Kozinski, Thomas, Friedland